**UNITED STATES of America, Petitioner–Appellee,**

v.

**Raphael MENDEZ, Respondent–Appellant.**

**No. 14–6668.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Raphael Mendez, Appellant Pro Se. Jennifer Dee Dannels, Federal Medical Center, Butner, North Carolina; Robert Jack Dodson, Special Assistant United States Attorney, Raleigh, North Carolina; David T. Huband, Bureau of Prisons, Butner, North Carolina; Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals the district court's orders denying his motion for free copies of his Annual Supervision Reports and denying his motion for a transfer. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Mendez,* No. 5:91–hc–

00350–BR (E.D.N.C. Apr. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*